AO 442 (Rev. 11/11) Arrest Warrant

DOA 12/24/24

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-mj-233-JMC |
| Jeremiah Hight | ) | 24-04461-MJ-01-PCT-CDB |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jeremiah Hight    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Attachment A

Date:    12/19/2024

*Issuing officer's signature*

City and state:    Durango, Colorado        Hon. Magistrate Judge James M. Candelaria
*Printed name and title*

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Jeremiah Hight | ) | 24-mj-233-JMC |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 11, 2024__ in the county of __Montezuma__ in the __State__ and District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1111 and 1153 | Second Degree Murder in Indian Country |
| 18 U.S.C. §§ 113(a)(3) and 1153 | Assault with a Dangerous Weapon in Indian Country |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharging a Firearm During and in Relation to Crimes of Violence |

This criminal complaint is based on these facts:

See Affidavit, attached and incorporated herein

☑ Continued on the attached sheet.

/s/ Richard Drebenstedt
_Complainant's signature_

SA Richard Drebenstedt, FBI
_Printed name and title_

Sworn to before me and signed by reliable electronic means.

Date: 12/19/2024

_Judge's signature_

City and state: Durango, Colorado

Hon. Magistrate Judge James M. Candelaria
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## AN ARREST WARRANT

I, Richard Drebenstedt, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for an arrest warrant for Jeremiah Hight, there being probable cause to believe that Hight has violated 18 U.S.C. §§ 1111 and 1153 – Second Degree Murder in Indian Country; 18 U.S.C. §§ 113(a)(3) and 1153 – Assault with a Dangerous Weapon in Indian Country; and 18 U.S.C. § 924(c)(1)(A)(iii) – Discharging a Firearm During and in Relation to Crimes of Violence, ("the Subject Offenses").

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to the Durango Residence Agency investigating violent crime matters, which includes crimes against children. I have been a Special Agent of the FBI since 2007. While in the FBI, I have been assigned to a violent crime squad investigating and assisting with investigations of gangs, drugs, fugitives, crimes against children, and crimes in Indian Country, which include sexual assaults, aggravated assaults, and homicides. Prior to the FBI, I was a Colorado State Trooper.

3. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of the Subject Offenses have been committed.

5. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts set

1

forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for an arrest warrant. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

6. On 12/11/2024, FBI Durango Resident Agency received a report of a shooting from Officer Denise Kee from BIA Ute Mountain Ute Agency. Officer Kee advised that on 12/11/2024 at approximately 0010 hours, a shooting occurred at 1160 Mountain Sage Trailer Court, Towaoc, CO. Your Affiant is aware that this location is within the exterior boundaries of the Ute Mountain Ute Indian Reservation, in a location designated as "Indian Country" under federal law. According to Officer Kee and Your Affiant's subsequent observations, that address is a mobile home and had several bullet holes in its exterior from the alleged shooting. The bullets traveled through the wall of the mobile home and struck and eventually killed a seven-year-old child, Minor #1. BIA Law Enforcement and EMS initially responded to the scene and found Minor #1 with an apparent gunshot wound. Minor #1 died on scene.

7. On 12/11/2024, Your Affiant arrived on-scene at 1160 Mountain Sage Court, Towaoc, CO and talked to Gloria Tom, who is the homeowner of the residence. Tom stated that she heard gunshots outside her residence and was notified by her son, Zackieus Lang,

2

Case No. 1:24-mj-00233-JMC *SEALED*   Document 1-2   filed 12/19/24   USDC Colorado
pg 5 of 11
Case 3:24-mj-04461-CDB   Document 1   Filed 12/24/24   Page 5 of 12

that her grandson, Minor #1, had been shot and needed emergency care. Tom also stated that her son and the child were in the same room at the time of the gunshots.

8. On 12/11/2024, Your Affiant talked to the father of the child, Zackieus Lang. Lang stated that he and his son, Minor #1, were laying down for the night in the east end bedroom of the mobile home. Lang was laying on the left side of the bed and Minor #1 was on the right. Lang was awakened by the sound of gunfire and immediately Minor #1 was struggling in pain. Lang stated that he thought his son was struck by the gunfire.

9. Your Affiant spoke to Ute Mountain Ute Public Safety Director Jerry Whited on the scene. Whited stated that there is a tribally owned and maintained surveillance camera (pole 15, camera 4) that was next to 1160 Mountain Sage Court, Towaoc, CO. Whited stated that the camera may have captured surveillance footage of the incident.

10. On 12/11/2024, Your Affiant talked to Ute Mountain Ute IT Director Anthony Bancroft about the surveillance cameras. Bancroft maintains the surveillance system for the Ute Mountain Ute Tribe and had already started reviewing the surveillance footage. Bancroft showed Your Affiant the footage from pole 15, camera 4 (Mountain Sage Court) from 12/11/2024 between 12:21:24 a.m. and 12:22:35 a.m. Based on Your Affiant's review, the footage shows a person walking towards Mountain Sage Court, northbound on a service road, next to 1160 Mountain Sage Court. The person is heavyset, and is carrying what appears to be a rifle, wearing a dark colored hoodie sweatshirt and lighter colored shorts or pants. The person brought the rifle up to a shooting position and fired a number of rounds. Your Affiant could see the flash of the rounds being fired on the video. The rounds were fired in the direction of the mobile home located at 1160 Mountain Sage Court. After firing the rounds, the person walked away to the south along the service road.

11. On 12/11/2024, law enforcement found a number of rifle rounds on the service road. Law enforcement also located footprints up to the rifle rounds and away from the rifle rounds.

12. On 12/11/2024, your affiant received a telephone call from Gloria Tom. Tom stated that Jeremiah Hight was bragging that he shot and killed her grandson, Minor #1, and that Hight was trying to leave the area. Tom told your Affiant that Tom was told by Jacqueline Ware, (Hight's sister) that Hight shot Tom's trailer and the kid.

13. Your Affiant spoke to BIA and federal law enforcement familiar with Hight and learned that Hight's height and weight is consistent with the person who can be seen on the surveillance video, described above. Your Affiant also learned that Hight is an enrolled member of the Ute Mountain Ute Tribe and is considered an "Indian" under federal law.

14. On 12/11/2024, Your Affiant received a text message from Jaqueline Ware. Your Affiant was told the text message was a screenshot of a conversation between Ware and A'Dell Mills. The screenshot message stated, "Jake mills said Jeremiah height is bragging around about spraying zachious's trailer now here trying to leave somewhere."

15. On 12/12/2024, FBI SA Scott Crowley talked to Jake Mills. Mills stated that on 12/10/2024, between 11:00 p.m. and 12:00 a.m., Jeremiah Hight called Mills from an unknown number. Hight told Mills he was "going over to your house." Mills thought that Hight was referring to house owned by Mill's mother located at 533 Mountain Sage Road, Towaoc, CO. Mills told Hight that the doors are boarded up and that Mills would not give the key to Hight. According to Mills, Hight told Mills, "They might track me down to your place. I don't want you to get in trouble."

16. On 12/12/2024, SA Crowley observed the footprints on the service road where the rifle rounds were found, leading to the residence at 533 Mountain Sage Road. The residence

4

at this location had boarded up windows, with three apparently abandoned cars parked within the curtilage.

17. Your Affiant spoke to BIA, state, and federal law enforcement familiar with Jake Mills and learned that Mills is an associate of Hight. For example, in late March 2024, the Montezuma County Sheriff's Department engaged in a high-speed chase with a vehicle that contained Mills and Hight, along with three females. In that incident, law enforcement recovered a high-powered rifle form the vehicle. At that incident, law enforcement body camera captured Hight wearing blue sandals, pictured below:



18. Your Affiant spoke to BIA and federal law enforcement familiar with the residence at 533 Mountain Sage Road, Towaoc, CO and learned that that address is owned by J'Rita Mills. Federal law enforcement has been involved with several incidents involving the Mills family at that address.

19. On 12/12/2024, SA Crowley spoke to Minor #2, a twelve-year-old who lived at the same residence as Hight, 910 Dry Creek Road, on the night of the shooting. Minor #2 told SA Crowley that they had observed Hight leave 910 Dry Creek Road on the night of the shooting wearing a black hoodie, light colored shorts or pants and Nautica shoes. Minor #2 told SA Crowley that Hight only wears one pair of shoes (the Nautica shoes). Minor #2 also told SA Crowley that Hight returned to 910 Dry Creek Road after the shooting.

Case No. 1:24-mj-00233-JMC *SEALED*   Document 1-2   filed 12/19/24   USDC Colorado
pg 6 of 11
Case 3:24-mj-04461-CDB   Document 1   Filed 12/24/24   Page 8 of 12

20.     Minor #2 told SA Crowley that Hight lives at 910 Dry Creek Road, keeps a rifle at the house, sometimes in Hight's room, sometimes in Yuri Mike's room and hides the gun at various places in the house. Minor #2 told SA Crowley that Hight has shot a rifle around the property of the house located at 910 Dry Creek Road, specifically behind the house. According to Minor #2, the shell casings were picked up by Hight and his uncle and there is a box of shells in the house.

21.     Your Affiant conducted an open-source Google reverse image search of the screenshot of the shoes being worn by Hight on the March 2024 bodycam, pictured above. That search returned results including a Nautica brand of slip-on shoes, referred to as "Nautica Men's Clogs – Athletic Sports Sandal – Slip-On with Adjustable Back Strap" on Amazon.com.[1] The Nautica brand of slip-on shoes is consistent with the shoes seen on Hight's feet in March 2024; notably, there is a diagonal break in the horizontal lines consistent with each other. The comparison below is the shoes being worn on the March 2024 bodycam (to the left) to a pair of the same type of Nautica sandals for sale on Ebay.com:[2]

---

[1] Available at https://a.co/d/ieJ2Po7 (last accessed December 19, 2024)
[2] Available at https://www.ebay.com/itm/305488333370?gQT=1 (last accessed December 19, 2024)

Case No. 1:24-mj-00233-JMC *SEALED*    Document 1-2    filed 12/19/24    USDC Colorado
pg 7 of 11
Case 3:24-mj-04461-CDB    Document 1    Filed 12/24/24    Page 9 of 12



| Shoe shown on March 2024 Bodycam | Nautica Slip-On Sandal Available on Ebay.com |

22. The shoe pattern on the bottom of the commercially available Nautica Slip-On Sandal, pictured above, is visually consistent with the shoe prints leading away from the location of the shooting towards the residence at 533 Mountain Sage Road, Towaoc, CO. Below is a comparison between the bottom of the Nautica sandals available on Amazon (described above) to two of the footprints seen between the location of the shooting and 533 Mountain Sage Road:



23. On 12/13/2024, SA Crowley talked to Logan Lang at his residence located at 821 Chief Ignacio Street, Towaoc, CO. Lang stated he was at J'Rita's house (910 Dry Creek Road), the night before the shooting. Jeremiah Hight, Charlene Lehi, Jake Mills, Mechelle Clark and Joaquin Mills drinking at the house. According to Lang, he was also present. According to Lang, Hight told Lang he was going to shoot up Zackieus Lang's house. Logan Lang became scared and wanted to leave. Hight told Logan Lang Hight would hit Logan Lang if he left, but Logan Lang left anyways.

24. On 12/13/2024, Your Affiant sought and received a search warrant for the premises of 533 Mountain Sage Road, Towaoc, CO. On that same day, your Affiant and other law enforcement searched the premises and found, in relevant part, a cell phone and a navy 2XL hoodie with dirt on it and a 5XL black t-shirt.

25. On 12/15/2024, your Affiant, SA Crowley, and Officer Kee spoke to Mechelle Clark. Clark reported that she had been with Hight on the evening of December 10, 2024, at 910 Dry Creek Road. Clark had been Facebook Messaging with Hight about coming over to the residence to hang out. Clark came to Hight's residence and drank with Hight and others that evening. Clark reported that she became drunk quickly and passed out in Hight's bedroom. Clark awoke early the next morning, December 11, 2024, and Hight was not at the residence.

26. On 12/16/2024, Your Affiant, SA Crowley, and Officer Kee spoke to Charlene Lehi. Lehi reported that she had been with Hight on the evening of December 10, 2024, at 910 Dry Creek Road. In relevant part, Lehi said that her and Hight drove from 910 Dry Creek Road to 533 Mountain Sage Road the evening of December 10, 2024. Lehi said she passed out at 533 Mountain Sage Road. Lehi said she woke up to the sound of gunfire and Hight was not present. Lehi said she looked out of the door and saw Hight walking towards the residence (533 Mountain Sage Road). According to Lehi, Hight had a gun. Hight put the firearm in some bushes near 533 Mountain Sage Road.

8

Case No. 1:24-mj-00233-JMC *SEALED*   Document 1-2   filed 12/19/24   USDC Colorado
Case 3:24-mj-04461-CDB   Document 1   Filed 12/24/24   Page 11 of 12
pg 9 of 11

27. Your Affiant spoke to Officer Kee, who reported that on the morning of 12/11/2024, she observed a vehicle pull away from 533 Mountain Sage Road and drive to 910 Dry Creek Road. Officer Kee recognized the vehicle as the vehicle used by Charleen Lehi.

28. On 12/17/2024, your Affiant sought and received a search warrant for the property of 533 Mountain Sage Road, Towaoc, CO. On that same day, Your Affiant and other law enforcement searched the premises and did not find any items that appeared to be related to the shooting.

29. The FBI Evidence Response Team ("ERT") responded to the scene of the shooting and conducted a ballistic investigation. At the time of this affidavit, the full report regarding that analysis is pending. Your Affiant learned from the ERT team that they located 24 shell casings near where the person was depicted shooting on the video. The shell casings are consistent with those used by an assault-style rifle. ERT located 24 bullet holes in 1160 Mountain Sage Trailer Court, clustered in the area of the bedroom where Minor #1 was killed.

## CONCLUSION

30. Based on the forgoing, your affiant respectfully requests that the Court issue the proposed Arrest Warrant as there is probable cause to believe that the federal criminal statutes cited herein has been violated as detailed in this Application. Your Affiant respectfully requests that this Court issue an arrest warrant for Jeremiah Hight.

Respectfully submitted this 19th day of December 2024

*s/ Richard Drebenstedt*
Richard Drebenstedt, Special Agent
Federal Bureau of Investigation

9

Subscribed and sworn to before me by reliable electronic means this 19th day of December 2024.

_____
Hon. James M. Candelaria
UNITED STATES MAGISTRATE JUDGE