**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 26, 2024 |
| **USA v. Jeremiah Hight** | **Case Number:** 24-04461MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Parker Stanley
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE**
☒ Complaint Filed **Date of Arrest:** December 24, 2024
☒ Warrant Other District (Colorado)
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Luke Stephen Mulligan, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant states true name to be JEREMIAH JADEN HIGHT.
Further proceedings ORDERED in Defendant's true name.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**REMOVAL HEARING:** ☐ Held  ☒ Waived
☒ COMMITMENT TO ANOTHER DISTRICT ISSUED
☒ Defendant signs written Waiver of Removal Hearing. The Magistrate Judge finds, on the basis of Defendant's written waiver of removal hearing and this Magistrate Judge's receipt of the copy of the warrant from the District of Colorado, that there is probable cause to believe that this defendant is the individual, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.
☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
**OTHER:** Defendant reserves his right to the Detention Hearing and Preliminary Hearing for the prosecuting district

**Recorded By** Courtsmart                                                                                   IA     12 min
**Deputy Clerk** Christina Davison

                                                                                                              Start:  10:33 am
                                                                                                              Stop:   10:45 am